UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES C. WINDING                                                                    PLAINTIFF

VS                                                         CIVIL ACTION NO.: 3:13cv288-DPJ-FKB

C. DYKES, ET AL.,                                                                 DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL
## OF CERTAIN DEFENDANTS
## WITH PREJUDICE

THIS CAUSE comes before the Court on the oral request of the Plaintiff that this case be dismissed with prejudice as to Defendant Ray Jackson on the basis that the claims against Defendant Jackson individually have previously been compromised and released by the Plaintiff. The Plaintiff also orally requests to voluntarily dismiss with prejudice his claims against defendants F. Shaw, F. Ovalle, R. Rice, C. Dykes, and B. Bryant. It is therefore,

ORDERED AND ADJUDGED that the above-styled and numbered case be, and is hereby, dismissed with prejudice as to Defendants Ray Jackson, F. Shaw, F. Ovalle, R. Rice, C. Dykes, B. Bryant only. This Judgment does not address the merits of the Plaintiff's claims in this case against the remaining defendants including Management and Training Corporation and Tyeasa Evans. It is further,

ORDERED AND ADJUDGED each party shall bear his own costs.

SO ORDERED AND ADJUDGED this the 2nd day of September, 2014.

_____
United States District Judge

Agreed and Approved:

_____
James Winding, pro se

_____
Lee Thaggard, Attorney for
Defendant, Ray Jackson